Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

_____ Division

|  |  |
|---|---|
| Georgia M. Henderson | Case No. CV519 - 96 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- |  |
| City of Douglas<br>Olivia ColeyPearson<br>Kentaiwon Durham |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Georgia M. Henderson |
   | Street Address | 201 North Drive |
   | City and County | Douglas, Coffee |
   | State and Zip Code | Georgia 31533 |
   | Telephone Number | 912-327-1770 |
   | E-mail Address | georgiamhen@gmail.com |

Page 1 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Douglas |
| Job or Title *(if known)* | Local Government |
| Street Address | 224 E. Bryan Street |
| City and County | Douglas, Coffee |
| State and Zip Code | Georgia 31533 |
| Telephone Number | 912-389-3401 |
| E-mail Address *(if known)* | Cdavis@cityofdouglas.com |

Defendant No. 2

| | |
|---|---|
| Name | Olivia C. Pearson |
| Job or Title *(if known)* | City Commissioner, Ward 3 |
| Street Address | 614 Taylor Circle |
| City and County | Douglas, Coffee |
| State and Zip Code | Georgia 31533 |
| Telephone Number | 912-389-3401, 912-383-4629, 912-384-9377 |
| E-mail Address *(if known)* | Opearson@cityofdouglas.com |

Defendant No. 3

| | |
|---|---|
| Name | Kentaiwon Durham |
| Job or Title *(if known)* | City Commissioner, Ward 1 |
| Street Address | 708 Kennedy Circle, 410 Park Avenue |
| City and County | Douglas, Coffee |
| State and Zip Code | Georgia 31533 |
| Telephone Number | 912-389-3401, 912-592-9747, 912-292-7225 |
| E-mail Address *(if known)* | Kdurham@cityofdouglas.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____.

    b.    If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under
       the laws of the State of *(name)* _____, and has its
       principal place of business in the State of *(name)* _____.
       Or is incorporated under the laws of *(foreign nation)* _____,
       and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is Georgia Henderson, lives in Douglas, Georgia, Coffee County; employed twenty-four years with Defendant 1; is an Assistant Pastor, Notable Leader of the community, married 34 years.

The Defendant 1 is the City of Douglas, local government in Douglas, Georgia, Coffee County.

The Defendant 2 is Olivia Pearson, City Commissioner, live in Douglas, Georgia, Coffee County, unemployed, community activist, NAACP Member, Friends with member of Black Justice League United Unauthorized Citizens Militia; Member of Souther Rural Black Women Association.

The Defendant 3 is Kentaiwon Durham, City Commissioner, lives in Douglas, Georgia, Coffee County, unemployed, community activist.

(See attached documents for additional Statement of Claim)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The Plaintiff, Georgia Henderson, claims against the Defendant 1, City of Douglas:
   - (a) One hundred thousand dollars ($100,000) in General Damages;
   - (b) Assistance from the Georgia General Assembly and Georgia Municipal Association to bring current the language within the Charter and Code of Ordinances true to a "City-Council" form of government;
   - (c) Develop policies or strengthen current policies to better protect employees from discrimination, violence, bullying, and harassment;
   - (d) Responsible government to create or maintain ethics policy that governs the elected and provides recourse for employees and citizens through a grievance process against the elected;
   - (e) Payment and reimbursement, to or on behalf of the Plaintiff, of all legal fees (court, attorney, etc.);
   - (f) Public Name Clearing Hearing on behalf of the Plaintiff;
   - (g) Such further and other relief as this Honourable Court deems just.

2. The Plaintiff, Georgia Henderson, claims against the Defendant 2, Olivia Coley Pearson:
   - (a) One hundred thousand dollars ($100,000) in General and Punitive Damages;
   - (b) Banned or removed from city elected position;
   - (c) Public Name Clearing Hearing to benefit the Plaintiff;
   - (d) Payment and reimbursement, to or on behalf of Plaintiff, of all legal fees (court, attorney, etc.);
   - (e) Such further and other relief as this Honourable Court deems just.

3. The Plaintiff, Georgia Henderson, claims against the Defendant 3, Kentaiwon Durham
   - (a) One hundred thousand dollars $100,000 in General and Punitive Damages;
   - (b) Banned or removed from office as city elected official;
   - (c) Public Name Clearing Hearing on behalf of the Plaintiff;
   - (d) Payment and reimbursement, to or on behalf of the Plaintiff, of all legal fees (court, attorney, etc);
   - (e) Such further and other relief as the Honourable Court deems just.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Date of signing: | 10/28/2019 |
| Signature of Plaintiff | *[signature: Georgia Henderson]* |
| Printed Name of Plaintiff | Georgia Henderson |

**B. For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

UNITED STATES DISTRICT COUNT
For the
Southern District of Georgia
_____ Division

**Plaintiff: Georgia Henderson**
**vs.**
**Defendants: City of Douglas, Olivia Coley Pearson, Kentaiwon Durham**

**STATEMENT OF CLAIM (continued)**

1. Defendant 1 Government officials violated Charter that governs elected officials, city manager, directors; (Code of Ordinances, Article 1, Part 2, Section 30 - 31)

>    (A) Exhibit 1a: Webpage displaying "City-Council" form of government and city manager runs the day-to-day operation, 1 paged document; Defendant 1, Defendant 2, Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.30 and Section 2.31;
>
>    (B) Exhibit 1b: City of Douglas Code of Ordinances, Chapter 2, Article 1, Section 2-30 and Section 2-31, ; Defendant 1, Defendant 2, Defendant 3 violated Charter
>
>    (C) Exhibit 1(c): Agenda and Minutes City Commission Work Session and Meeting, dated August 27, 2018, *Uphold Protocol and Approve Department Hiring Request;* violated Charter, Chapter 2, Article 1, Section 2.31,
>
>    (D) Exhibit 1(d): Local news article retrieve from online source WFXL News (Albany), *Douglas commission votes after complaints about spouse travel, city position combinations*, dated, September 5, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;
>
>    (E) Exhibit 1(e): Local news article retrieve from online source WALB10 News (Albany), *Douglas officials respond to criticism, set up new travel policy*, dated September 6, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;
>
>    (F) Exhibit 1(f): Local news article retrieve from online source Douglas Now News (Doulas), *City approves travel expense policy, reverses decision regarding Community Development job*, dated September 6, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;
>
>    (G) Exhibit 1(g): Email, *Special Called Work Commission Meeting – Wednesday, September 5, 2018"*, dated August 31, 2018 9:22AM and *"Response concerning yesterday's meeting re: Mr. Brandon Paulk"* dated August 21, 2018 2:13 PM, violated Charter, Chapter 2, Article 1, Section 2.31;

2. Defendant 1 violates Ethics Policy, allowed all terms on Ethics Committee to expire, leaving no course for an employee or citizen to file a grievance against a city elected official. The City of Douglas is a City of Ethics.
>    (A) Exhibit 2(a): Agenda, Minutes, and Ethics Ordinance of the City of Douglas Commission, adopted 11-23-2009; Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;  Defendant 1 adopted policy during City Commission Meeting on November 23, 2009;

(B) Exhibit 2(b): Agenda and Minutes of the City of Douglas Commission, July 10, 2014, Agenda and Minutes July 28, 2014, Members reappointed to Ethics Committee during City Commission Meetings; Defendant 1 violates ordinance Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;

(C) Exhibit 2(c): Agenda and Minutes of the City of Douglas Commission, April 9, 2018, City Recertification as a City of Ethics, members terms expire in July 2018; Defendant 1 violated Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;

(D) Exhibit 2(d): Agenda and Minutes, City of Douglas Commission Meeting, Item, January 14, 2019, City seeks members to fill expired terms on Ethics Committee; Defendant 1 violated Charter, Chapter 2, Article VII, Code of Ethics;

(E) Exhibit 2 (e) Website post, October 24, 2019, still no appointments to Ethics Committee; Defendant 1 violated Ethics Ordinance Chapter 2 Article VII Section 2-479;

3. Defendant 1 violates City of Douglas Personnel Policies and Procedures
    (A) Exhibit 3(a): City of Douglas Personnel Policies and Procedures, Policy 078, effective date 05/11/98, *Harassment/Sexual Harassment,* Defendant 1, Defendant 2, Defendant 3 violated this policy; Plaintiff was often harassed in public and private meetings, reference notes from EEOC Charge, dated received February 25, 2018 by the EEOC.

    (B) Exhibit 3(b): Personnel Policies and Procedures, Policy 077, effective date 05/11/98, *Violence In The Workplace,* Defendant 1, Defendant 2, Defendant 3 violated this policy; reference video footage https://www.youtube.com/watch?v=p2aKGoR9vLA; https://www.youtube.com/watch?v=BVlM0UE5sD4; https://www.youtube.com/watch?v=DaZOCF9VNbc;

    (C) Exhibit 3(c): Email chain dated October 30, 2018 between Defendant 1 and Defendant 2 concerning security during City Meetings and banning irate individuals;

4. Defendant 1 failed to protect employees from violence, hostile work environment, and bullying in the workplace;
    (A) Exhibit 4(a): Minutes from City of Douglas 2019 Strategic Planning Meeting at the C.E. Weir Center, February 9, 2019, City leaders acknowledge harassment, workplace violence, and discrimination against Plaintiff;

    (B) Exhibit 4(b): Email dated October 30, 2018 between city manager and Olivia Coley Pearson;

    (C) Exhibit 4(c): Article from Douglas Enterprise, *City 'Moving Forward' After Last Few 'Contentious' Meetings;*

5. Defendant 2 breaches City of Douglas Code Ethics Ordinance, Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;
    (A) Exhibit 5(a): Email thread, dating July 30, 2018 through August 8, 2018 and Section 2-269; Defendant 2 violate Ethics Ordinance Chapter 2 Article VII Section 2-469; Defendant 2 coerced employee to conduct a favor for a family member;

(B) Exhibit 5(b): News article, source Douglas Now News, Defendant paid for family members food during conferences; Defendant 2 violated Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;

(C) Exhibit 5(c):  Agenda and Minutes City Commission Meeting, Discuss/Approval of the Decision to Combine 2 Community Development Positions, September 5, 2018; Defendant 2 violated Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;

(D) Exhibit 5(d): Email from Atty. Gerald Griggs, dated January 27, 2019; Defendant 2 is under current investigation into fraud and misappropriated of Funds as the NAACP Treasurer.

(E) Exhibit 5(e): New articles, source Douglas Now News, *Commissioner Olivia Pearson receives criminal trespass warning after alleged with Mickeayla Brockington, dated August 31, 2019;* and from Douglas Enterprise, *Commissioner Olivia Pearson Received Trespassing Warning After Alleged 'Verbal Argument' with Ward 2 Candidate,* Defendant 2 violated Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282; video source https://www.youtube.com/watch?v=KwJj71E9Dho;

(F) Exhibit 5(f): Defendant 2 conducts high speed chase, interferes with official police business relating to family member, source video posted September 15, 2019, https://www.youtube.com/watch?v=IhiWW6Vri8o;

6. Defendant 2 and Defendant 3 made false and defamatory statements, both slander and libel, about the Plaintiff;
    (A) Exhibit 6(a): News article dated September 5, 2018, *Douglas Commission votes after complaints about spouse travel, city position combinations,* Defendant 3 read a statement from Defendant 2, both accusing Plaintiff of falsifying documents;

    (B) Exhibit 6(b): Audio recording, September 5, 2018 in a public meeting of the City Commission, which was publicized on television and social media; on that was publicized; Agenda and Minutes City of Douglas Special Called Meeting on September 5, 2018; Defendant 2 and Defendant 3 violated Charter, Chapter 2, Section 2.30, 2.31;

    (C) Exhibit 6(c): Email dated 09-07-18, Email dated 08-31-18; Defendant 2 violates; Charter, Chapter 2, Section 2.30, 2.31;

    (D) Exhibit 6(d): Email dated September 7, 2018 from Defendant 1 to Plaintiff; Defendant 2 violates; Charter, Chapter 2, Section 2.30, 2.31;

    (E) Exhibit 6(e): Defendant 2 accused Plaintiff of discriminating and not merging positions because of employee's race; https://www.youtube.com/watch?v=Te9s9U1p6Ro;

    (F) Exhibit 6(f): Defendant 2 made false statements about Plaintiff; Email dated August 31, 2018 and September 2, 2018;

    (G) Exhibit 6(g): Copy of live thread posting during City of Doulas Work Session, September 11, 2018; Defendant 2 and Defendant 3 synergized community into believing false accusations;

(H) Exhibit 6(h): Email dated September 7, 2018 from City Manager to Plaintiff acknowledging false accusations by Defendant 2;

(I) Exhibit 6(i): Email exchange dated March 29, 2019 between Plaintiff and Defendant 1; replying to Defendant 2 false accusation;

(J) Exhibit 6(j): Verbal assault by Defendant 2, during public meeting, in reference to another commissioner making Plaintiff cry; Defendant 2 accused Plaintiff of not submitting reports; Defendant 2 used profanity against Plaintiff and all City of Douglas Department Heads /Directors; Defendant 3 accused Plaintiff of not being qualified; Plaintiff attempts to call out Defendant 2 on false accusations; Defendant 2 accuses Plaintiff of false information; Defendant 1 acknowledges that Defendant 2 is using scare tactics; source Audio from City of Douglas Work Session and Meeting on March 25, 2019;

(K) Exhibit 6(k): Email from Defendant 1 to Plaintiff encouraging to stay strong and true, dated March 27, 2019;

(L) Exhibit 6(l): Screenshot from Defendant 2 social media page making statement "Uncle Tom A\*\* Negroes" against Plaintiff;

(M) Exhibit 6(m): Email exchange dated August 31, 2018 between Defendant 1 and Defendant 2; Defendant 2 accused Plaintiff of making sexist remarks, discrimination, harassment, being unqualified; post from Defendant 2 social media page affirming Defendant 2 false statements against the Plaintiff on sexist remarks;

(N) Exhibit 6(n): Thread post from Defendant 2 social media page where Defendant 2 make accusations of discrimination and harassment against Plaintiff;

(O) Exhibit 6(o): Defendant 2 falsely accuses Plaintiff during a public meeting on September 9, 2019; Defendant 2 violates Charter, Chapter 2, Section 2.30, 2.31; Source https://www.youtube.com/watch?v=Te9s9U1p6Ro; email exchange between Plaintiff and Defendant 2 regarding meeting with grant administrator dated January 8, 2019, January 15, 2019, January 22, 2019;

(P) Exhibit 6(p): Signed statements from other employees; Defendant 2 made false accusations during a public meeting on September 23, 2019 on many employees; Defendant 2 violated Charter Chapter 2, Article 1, Section 2.30 – 2.31; also video on social media

7. Defendant 2 and Defendant 3 violated City Charter, Chapter 2, Article 1, Section 2.30 – 2.31,
    (A) Exhibit 7(a): String of emails usurping authority of city manager and directors; interfered with personnel matters; (Reference Exhibits: Emails: 09-07-18; 09-02-18, 08-21-19, June 10, 2019amoun between Henderson and Pearson); violated charter, between Pearson and city manager; Email dated August 30, 2018 – 5:20pm and August 31, 2018 – 1:30pm Defendant 2 violated charter suggesting pay raise for an employee;

    (B) Exhibit 7(b): Email, *Response concerning yesterday's meeting re: Mr Brandon Paulk,* dated August 21, 2018 2:13PM, August 21, 2018 3:26PM, August 21, 2018 5:35PM, Defendant 2

violated Charter Chapter 2, Article 1, Section 2.30 and Section 2.31;

(C) Exhibit 7(c): Agenda and Minutes City Commission Work Session and Meeting, dated August 27, 2018, *Uphold Protocol and Approve Department Hiring Request;* Defendant 2 and Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.31;

(D) Exhibit 7(d): Local news article retrieve from online source WFXL News (Albany), *Douglas commission votes after complaints about spouse travel, city position combinations*, dated, September 5, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;

(E) Exhibit 7(e): Local news article retrieve from online source WALB10 News (Albany), *Douglas officials respond to criticism, set up new travel policy*, dated September 6, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;

(F) Exhibit 7(f): Local news article retrieve from online source Douglas Now News (Doulas), *City approves travel expense policy, reverse decision regarding Community Development job*, dated September 6, 2018; violated Charter, Chapter 2, Article 1, Section 2.31;

(G) Exhibit 7(g): Email, *Special Called Work Commission Meeting – Wednesday, September 5, 2018"*, dated August 31, 2018 9:22AM and *"Response concerning yesterday's meeting re: Mr. Brandon Paulk"* dated August 21, 2018 2:13 PM, violated Charter, Chapter 2, Article 1, Section 2.31;

(H) Exhibit 7(h): Email, *The amount of Pay Raise for CittPlaanner/Grant's Administrator*, dated August 30, 2018 5:30 PM; violated Charter, Chapter 2, Article 1, Section 2.31;

(I) Exhibit 7(i): Agenda and minutes, City Meeting, March 25, 2019, violated Charter, Chapter 2, Article 1, Section 2.31;

(J) Exhibit 7(j): Article source Douglas Enterprise, *City Commission Disagrees on Possible Ordinance Change;* violated Charter, Chapter 2, Article 1, Section 2.31, 4 paged document;

(K) Exhibit 7(k): Email, *Follow Up on Animal Control Officer Pay",* dated May 21, 2019 and June 10, 2019; Defendant 2 violated Charter, Chapter 2, Article 1, Section 2.30 and Section 2.31;

(L) Exhibit 7(l): Agenda and minutes, City Commission Meeting, July 22, 2019, Defendant 2 and Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.30 and Section 2.31;

(M) Exhibit 7(m): Agenda October 14, 2019; News Articles, Defendant 2 and Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.30 and Section 2.31;

(N) Exhibit 7(n): Email dated August 31, 2018 and September 2, 2018 between city manager, directors, mayor and commissioners; Email dated August 21,22,28,30,31, 2018 Defendant 2 violated Charter, Chapter 2, Article 1, Section 2.30 and 2.31;

(O) Exhibit 7(o): News article, *Attempt to effectively micromanage the police department fails at commission meeting with a 4-2 vote,* dated August 29, 2018, Defendant 2 and Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.30 and Section 2.31;

(P) Exhibit 7(p): Emailed exchange dated August 31, 2018 and September 2, 2018 between Defendant 1 and Defendant 2; Defendant 2 violated Charter, Chapter 2, Article 1, Section 2.30

and 2.31;

(Q) Exhibit 7(q): News article from Douglas Enterprise, *DOCUMENTS STATE FORMER CITY SUPERVISOR HIT DISABLED EMPLOYEE WITH A BELT,FORMER CITY COMMISSIONER ALLEGEDLY HAD KNOWLEDGE OF CEMETERY BRIBERY;* dated October 3, 2019 and article *Commissioner Pearson Discusses Personnel Issue In Open Work Session;* Defendant 2 violated Charter, Chapter 2, Article 1, Section 2.30 and 2.31;

(R) Exhibit 7(r): Screenshot Defendant 2 sent message via Facebook Messenger to Plaintiff asking for vote; Defendant 2 violates ordinance Ethics Ordinance Chapter 2 Article VII Section 2-461 – 2-282;



~~(S) Exhibit 7(s): Hand note dated April 9, 2019; documenting Defendant 2 and Defendant 3 attempt to persuade Defendant 1 on job position and salary; Defendant 2 and Defendant 3 violated Charter, Chapter 2, Article 1, Section 2.30 – 2.31,~~